UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR HERNANDEZ-VIAMONTES,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,<br><br>Respondents. | Case No.:  26-CV-2549 JLS (DEB)<br><br>**ORDER (1) GRANTING IN PART AMENDED PETITION FOR WRIT OF HABEAS CORPUS AND (2) DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>(ECF Nos. 3, 12) |

Presently before the Court are Petitioner Hector Hernandez-Viamontes's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 12) and Motion for Temporary Restraining Order ("Mot.," ECF No. 3).  Also before the Court are Respondents' Return to Petition for Writ of Habeas Corpus ("Ret.," ECF No. 14) and Petitioner's Traverse ("Traverse," ECF No. 15).  Petitioner, a citizen of Cuba, alleges that he has been detained by the United States Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE") division at the Otay Mesa Detention Center since November 14, 2024. Pet. at 2.  Petitioner has been detained for approximately nineteen months. *Id.*

Respondents "acknowledge[] that courts in this District have repeatedly inferred a constitutional right against prolonged mandatory detention," and therefore, "concede[] that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." Ret. at 1.

Accordingly, as Respondents do not oppose providing a bond hearing in this matter, the Court **GRANTS IN PART** Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 12), **DENIES AS MOOT** Petitioner's Motion for Temporary Restraining Order (ECF No. 3), and **ORDERS** the Government to provide Petitioner with a bond hearing within fourteen (14) days, unless Petitioner, the non-citizen, requests a continuance. The Government **SHALL** bear the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if released. Bond **SHALL NOT** be denied on the basis that 8 U.S.C. § 1225(b)(2) requires mandatory detention. The Court **DENIES** the Amended Petition to the extent it seeks release. The Parties **SHALL FILE** a Joint Status Report by June 22, 2026, informing the Court of the outcome of the hearing or the status of the hearing if Petitioner requests a continuance. As this concludes the litigation in this matter, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  June 1, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-2549 JLS (DEB)